Sarah J. Crouch, Esq. (SC 1174)
Fitzgerald & Crouch, P.C.
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
United States Bankruptcy Court
District of New Jersey -- Trenton

Order Filed on February 2, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

-----------------------------------X
In Re:

    TERRY SMALL
    BRENDA SMALL

    Debtors

**Chapter 13**

Case No. 18-10171
Hon. Kathryn C. Ferguson

Hearing Date: 01/31/2018
Time: 10:30 AM

-----------------------------------X

**ORDER EXTENDING THE AUTOMATIC STAY WITHIN 11 U.S.C. § 362 AS TO ALL CREDITORS BEYOND 30 DAYS PURSUANT TO 11 U.S.C. § 362 (C)(3)(B)**

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: February 2, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**Page 2**
Debtor: Terry & Brenda Small
Case No.: 18-10171
Caption: ORDER EXTENDING THE AUTOMATIC STAY WITHIN 11 U.S.C. § 362 AS TO ALL CREDITORS BEYOND 30 DAYS PURSUANT TO 11 U.S.C. § 362 (C)(3)(B)
----------------------------------------

THIS MATTER having been opened to the Court by Fitzgerald & Crouch, P.C., the debtors' counsel, upon the debtors' Motion for an Order extending the automatic stay contained within 11 U.S.C. § 362 as to all creditors beyond 30 days pursuant to 11 U.S.C. § 362(c)(3)(B); and good and sufficient cause appearing therefrom for the entry of this Order;

It is

**ORDERED**, that the automatic stay of the Bankruptcy Code contained within 11 U.S.C. § 362 thereof be and hereby is to continue as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under 11 U.S.C. 11 U.S.C. § 362 (c)(1) or (c)(2), or a motion for relief is granted under 11 U.S.C. § 362(d).