Sarah J. Crouch, Esq. (SC 1174)
Fitzgerald & Crouch, P.C.
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
United States Bankruptcy Court
District of New Jersey -- Trenton

Order Filed on February 2, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

-----------------------------------X

In Re:

    TERRY SMALL
    BRENDA SMALL

    Debtors

Chapter 13

Case No. 18-10171
Hon. Kathryn C. Ferguson

Hearing Date: 01/31/2018
Time: 10:30 AM

-----------------------------------X

**ORDER EXTENDING THE AUTOMATIC STAY WITHIN 11 U.S.C. § 362 AS TO ALL CREDITORS BEYOND 30 DAYS PURSUANT TO 11 U.S.C. § 362 (C)(3)(B)**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: February 2, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**Page 2**
Debtor: Terry & Brenda Small
Case No.: 18-10171
Caption: ORDER EXTENDING THE AUTOMATIC STAY WITHIN 11 U.S.C. § 362 AS TO ALL CREDITORS BEYOND 30 DAYS PURSUANT TO 11 U.S.C. § 362 (C)(3)(B)

---

THIS MATTER having been opened to the Court by Fitzgerald & Crouch, P.C., the debtors' counsel, upon the debtors' Motion for an Order extending the automatic stay contained within 11 U.S.C. § 362 as to all creditors beyond 30 days pursuant to 11 U.S.C. § 362(c)(3)(B); and good and sufficient cause appearing therefrom for the entry of this Order;

It is

**ORDERED**, that the automatic stay of the Bankruptcy Code contained within 11 U.S.C. § 362 thereof be and hereby is to continue as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under 11 U.S.C. 11 U.S.C. § 362 (c)(1) or (c)(2), or a motion for relief is granted under 11 U.S.C. § 362(d).

```
                        United States Bankruptcy Court
                             District of New Jersey
```

```
In re:                                                     Case No. 18-10171-KCF
Terry L Small                                              Chapter 13
Brenda Small
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Feb 02, 2018
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2018.
db/jdb         +Terry L Small,    Brenda Small,    10 Margaret Drive,    Dayton, NJ 08810-1327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Nicholas   Fitzgerald    on behalf of Debtor Terry L Small nickfitz.law@gmail.com
              Nicholas   Fitzgerald    on behalf of Joint Debtor Brenda   Small nickfitz.law@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Rosemarie   Diamond    on behalf of Loss Mitigation    CitiMortgage, Inc. miguel.zavala@fedphe.com
              Sarah J. Crouch    on behalf of Debtor Terry L Small nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com
              Sarah J. Crouch    on behalf of Joint Debtor Brenda   Small nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8