| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>FITZGERALD & CROUCH, P.C.<br>649 Newark Avenue<br>Jersey City, NJ 07306<br>By: Sarah J. Crouch, Esq. (SC 1174)<br>Phone: 201-533-1100<br>Attorney for the Debtor | Order Filed on January 14, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
|---|---|
| In Re:<br><br>TERRY SMALL<br>BRENDA SMALL | Case No.: 18-10171<br>Chapter: 13<br>Judge: Ferguson |

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 14, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ :

Property:   486 Bramhall Avenue, Jersey City, NJ 07304

Creditor:   CitiMortgage

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____the Debtors_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____04/24/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Terry L Small  
Brenda Small  
   Debtors

Case No. 18-10171-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 1   Date Rcvd: Jan 14, 2019  
        Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2019.  
db/jdb     +Terry L Small,   Brenda Small,   10 Margaret Drive,   Dayton, NJ 08810-1327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                               TOTAL: 0

   ***** BYPASSED RECIPIENTS *****  
NONE.                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2019              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2019 at the address(es) listed below:

    Albert   Russo    docs@russotrustee.com  
    Denise E.  Carlon     on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Laura M.  Egerman     on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
    Laura M.  Egerman     on behalf of Creditor    DITECH FINANCIAL LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
    Lynn Therese  Nolan     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper ecfnotices@grosspolowy.com, jbommelje@grosspolowy.com  
    Lynn Therese  Nolan     on behalf of Creditor    Nationstar Mortgage LLC ecfnotices@grosspolowy.com, jbommelje@grosspolowy.com  
    Maria D.  Ramos-Persaud     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper mramos@helfandlaw.com  
    Nicholas   Fitzgerald    on behalf of Joint Debtor Brenda  Small nickfitz.law@gmail.com  
    Nicholas   Fitzgerald    on behalf of Debtor Terry L Small nickfitz.law@gmail.com  
    Nicholas V.  Rogers     on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com  
    Rebecca Ann  Solarz     on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com  
    Rosemarie   Diamond     on behalf of Loss Mitigation    CitiMortgage, Inc. miguel.zavala@fedphe.com  
    Sarah J.  Crouch    on behalf of Debtor Terry L Small nickfitz.law@gmail.com, nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com  
    Sarah J.  Crouch    on behalf of Joint Debtor Brenda  Small nickfitz.law@gmail.com, nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com  
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                 TOTAL: 15