UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

FITZGERALD & CROUCH, P.C.
649 Newark Avenue
Jersey City, NJ 07306
By: Sarah J. Crouch, Esq. (SC 1174)
Phone: 201-533-1100
Attorney for the Debtor

Order Filed on April 9, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

TERRY SMALL
BRENDA SMALL

Case No.:  18-10171

Chapter:  13

Judge:  Ferguson

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 9, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ :

Property:    486 Bramahll Avenue, Jersey City, NJ 07304 _____

Creditor:    Cenlar _____

and a Request for

☒    Extension of the 90 day Loss Mitigation Period having been filed by _____the Debtor_____,
and for good cause shown

☐    Early Termination of the Loss Mitigation Period having been filed by _____,
and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____07/24/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 18-10171-KCF
Terry L Small                                                                       Chapter 13
Brenda Small
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Apr 09, 2019
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2019.
db/jdb          +Terry L Small,   Brenda Small,   10 Margaret Drive,   Dayton, NJ 08810-1327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2019 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Laura M. Egerman   on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Laura M. Egerman   on behalf of Creditor    DITECH FINANCIAL LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Lynn Therese Nolan   on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           ecfnotices@grosspolowy.com,  jbommelje@grosspolowy.com
          Lynn Therese Nolan   on behalf of Creditor    Nationstar Mortgage LLC ecfnotices@grosspolowy.com,
           jbommelje@grosspolowy.com
          Maria D. Ramos-Persaud   on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           mramos@helfandlaw.com
          Nicholas  Fitzgerald   on behalf of Joint Debtor Brenda  Small nickfitz.law@gmail.com
          Nicholas  Fitzgerald   on behalf of Debtor Terry L Small nickfitz.law@gmail.com
          Nicholas V. Rogers   on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
          Rebecca Ann Solarz   on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
          Rosemarie  Diamond   on behalf of Loss Mitigation    CitiMortgage, Inc. miguel.zavala@fedphe.com
          Sarah J. Crouch   on behalf of Debtor Terry L Small nickfitz.law@gmail.com,
           nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
          Sarah J. Crouch   on behalf of Joint Debtor Brenda  Small nickfitz.law@gmail.com,
           nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 15