UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

FITZGERALD & CROUCH, P.C.
Marguerite Mounier-Wells, Esq. (MMW5960)
649 Newark Avenue
Jersey City, NJ 07306
Phone: (201)533-1100
Fax: (201)533-1111

Order Filed on July 15, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Terry & Brenda Small

Case No.: 18-10171
Chapter: 13
Judge: Michael B. Kaplan

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby ORDERED.

**DATED: July 15, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  1/23/2019 :

Property:  486 Bramhall Avenue, Jersey City, NJ 07304

Creditor:  Cenlar

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by  Debtor  and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by  and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including  October 24, 2019 .

The Loss Mitigation Period is terminated, effective  .

Revised 9/19/13

2

United States Bankruptcy Court
District of New Jersey

In re:  
Terry L Small  
Brenda Small  
      Debtors

Case No. 18-10171-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jul 15, 2019  
                    Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2019.  
db/jdb       +Terry L Small,    Brenda Small,    10 Margaret Drive,    Dayton, NJ 08810-1327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2019                                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2019 at the address(es) listed below:

         Albert Russo    docs@russotrustee.com  
         Aleisha Candace Jennings    on behalf of Creditor    LoanCare, LLC ajennings@rasflaw.com  
         Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
         Laura M. Egerman    on behalf of Creditor    DITECH FINANCIAL LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
         Lynn Therese Nolan    on behalf of Creditor    Nationstar Mortgage LLC ecfnotices@grosspolowy.com, lnolan@grosspolowy.com  
         Lynn Therese Nolan    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper ecfnotices@grosspolowy.com, lnolan@grosspolowy.com  
         Marguerite Mounier-Wells    on behalf of Joint Debtor Brenda Small nadiafinancial@gmail.com, mwells@fitzgeraldcrouchlaw.com  
         Marguerite Mounier-Wells    on behalf of Debtor Terry L Small nadiafinancial@gmail.com, mwells@fitzgeraldcrouchlaw.com  
         Maria D. Ramos-Persaud    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper mramos@helfandlaw.com  
         Nicholas Fitzgerald    on behalf of Debtor Terry L Small nickfitz.law@gmail.com  
         Nicholas Fitzgerald    on behalf of Joint Debtor Brenda Small nickfitz.law@gmail.com  
         Nicholas V. Rogers    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com  
         Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com  
         Rosemarie Diamond    on behalf of Loss Mitigation    CitiMortgage, Inc. miguel.zavala@fedphe.com  
         Sarah J. Crouch    on behalf of Debtor Terry L Small nickfitz.law@gmail.com, nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com  
         Sarah J. Crouch    on behalf of Joint Debtor Brenda Small nickfitz.law@gmail.com, nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                         TOTAL: 18