| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>FITZGERALD & CROUCH, P.C.<br>Marguerite Mounier-Wells. Esq. (MMW5960)<br>649 Newark Avenue<br>Jersey City, NJ 07306<br>Phone: (201)533-1100<br>Fax: (201)533-1111 |
|---|

Order Filed on October 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

TERRY SMALL
BRENDA SMALL1

Case No.: 18-10171

Chapter: Michael B. Kaplan

Judge: 13

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 22, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____1/23/2018_____ :

Property:    486 Branhall Avenue, Jersey City, NJ 07304

Creditor:    CENLAR FSB

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___1/24/2020_____.

The Loss Mitigation Period is terminated, effective _____.

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-10171-MBK
Terry L Small                                                                   Chapter 13
Brenda Small
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Oct 22, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2019.
db/jdb         +Terry L Small,    Brenda Small,    10 Margaret Drive,    Dayton, NJ 08810-1327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    LoanCare, LLC ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    DITECH FINANCIAL LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Lynn Therese Nolan    on behalf of Creditor    Nationstar Mortgage LLC ecfnotices@grosspolowy.com,
               lnolan@grosspolowy.com
              Lynn Therese Nolan    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               ecfnotices@grosspolowy.com,    lnolan@grosspolowy.com
              Marguerite    Mounier-Wells    on behalf of Joint Debtor Brenda    Small nadiafinancial@gmail.com,
               mwells@fitzgeraldcrouchlaw.com
              Marguerite    Mounier-Wells    on behalf of Debtor Terry L Small nadiafinancial@gmail.com,
               mwells@fitzgeraldcrouchlaw.com
              Maria D. Ramos-Persaud    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               mramos-persaud@grosspolowy.com
              Nicholas    Fitzgerald    on behalf of Debtor Terry L Small nickfitz.law@gmail.com
              Nicholas    Fitzgerald    on behalf of Joint Debtor Brenda    Small nickfitz.law@gmail.com
              Nicholas V. Rogers    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Robert    Davidow    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
              Rosemarie    Diamond    on behalf of Loss Mitigation    CitiMortgage, Inc. miguel.zavala@fedphe.com
              Sarah J. Crouch    on behalf of Debtor Terry L Small nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
              Sarah J. Crouch    on behalf of Joint Debtor Brenda    Small nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 19