UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

FITZGERALD & CROUCH, P.C.
649 Newark Avenue
Jersey City, NJ 07306
By: Sarah J. Crouch, Esq. (SC 1174)
Phone: 201-533-1100
Attorney for the Debtor

In Re:
TERRY SMALL
BRENDA SMALL

Order Filed on January 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-10171

Chapter: 13

Judge: Michael B. Kaplan

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 17, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____:

Property:    486 Bramhall Avenue, Jersey City, NJ 07304

Creditor:    Cenlar Mortgage

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by the Debtor , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including 04/24/2020 .

☐ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Terry L Small  
Brenda Small  
      Debtors

Case No. 18-10171-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jan 17, 2020  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2020.  
db/jdb        +Terry L Small,   Brenda Small,   10 Margaret Drive,   Dayton, NJ 08810-1327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2020 at the address(es) listed below:

         Albert   Russo    docs@russotrustee.com  
         Aleisha Candace Jennings    on behalf of Creditor    LoanCare, LLC ajennings@rasflaw.com  
         Aleisha Candace Jennings    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing  
           ajennings@rasflaw.com  
         Andrew L. Spivack    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com  
         Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
         Julie   Cascino    on behalf of Creditor    Nationstar Mortgage LLC jcascino@grosspolowy.com,  
           ecfnotices@grosspolowy.com  
         Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,  
           bkyecf@rasflaw.com;legerman@rasnj.com  
         Laura M. Egerman    on behalf of Creditor    DITECH FINANCIAL LLC bkyecf@rasflaw.com,  
           bkyecf@rasflaw.com;legerman@rasnj.com  
         Lynn Therese Nolan    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
           ecfnotices@grosspolowy.com,  lnolan@grosspolowy.com  
         Lynn Therese Nolan    on behalf of Creditor    Nationstar Mortgage LLC ecfnotices@grosspolowy.com,  
           lnolan@grosspolowy.com  
         Marguerite   Mounier-Wells    on behalf of Debtor Terry L Small nadiafinancial@gmail.com,  
           mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com  
         Marguerite   Mounier-Wells    on behalf of Joint Debtor Brenda  Small nadiafinancial@gmail.com,  
           mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com  
         Maria D. Ramos-Persaud    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
           mramos-persaud@grosspolowy.com,  ecfnotices@grosspolowy.com  
         Nicholas   Fitzgerald    on behalf of Debtor Terry L Small Fitz2Law@gmail.com  
         Nicholas   Fitzgerald    on behalf of Joint Debtor Brenda  Small Fitz2Law@gmail.com  
         Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com  
         Robert   Davidow    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com  
         Rosemarie   Diamond    on behalf of Loss Mitigation    CitiMortgage, Inc. miguel.zavala@fedphe.com  
         Sarah J. Crouch    on behalf of Debtor Terry L Small 7943@notices.nextchapterbk.com,  
           nadiafinancial@gmail.com;sarah@fitzgeraldcrouchlaw.com;fitz2law@gmail.com  
         Sarah J. Crouch    on behalf of Joint Debtor Brenda  Small 7943@notices.nextchapterbk.com,  
           nadiafinancial@gmail.com;sarah@fitzgeraldcrouchlaw.com;fitz2law@gmail.com  
         Sindi   Mncina    on behalf of Creditor    LoanCare, LLC smncina@rascrane.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                         TOTAL: 22