Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−10171−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Terry L Small
10 Margaret Drive
Dayton, NJ 08810

Brenda Small
10 Margaret Drive
Dayton, NJ 08810

Social Security No.:
xxx−xx−9115

xxx−xx−2081

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 15, 2018.

On 3/5/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date: April 22, 2020
Time: 10:00 AM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 6, 2020
JAN: gan

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                  Case No. 18-10171-MBK
Terry L Small                                           Chapter 13
Brenda Small
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 2                  Date Rcvd: Mar 06, 2020
                              Form ID: 185               Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2020.
db/jdb         +Terry L Small,    Brenda Small,    10 Margaret Drive,    Dayton, NJ 08810-1327
aty            +Nicholas Fitzgerald,    Fitzgerald and Associates,    649 Newark Avenue,
                 Jersey City, NJ 07306-2303
cr             +CITIMORTGAGE, INC.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
lm             +Cenlar,   PO Box 77404,    Ewing, NJ 08628-6404
cr             +LoanCare, LLC,    RAS Crane, LLC,    10700 Abbott'Bridge s Road,    Suite 170,
                 Duluth, GA 30097-8461
517261712      +1stprogress/1stequity/,    P.o. Box 84010,    Columbus, GA 31908-4010
517261714      +Chase Manhatton Mortgage,    3415 Vision Dr,    Columbus, OH 43219-6009
517261715      #CitiMortgage, Inc,    Po Box 688971,    Des Moines, IA 50368-8971
517344282       Citimortgage, Inc.,    P O Box 6030,    Sioux Falls, SD 57117-6030
517261874      +Daisey Smith & Bridgette Smith-Ferdinand,    1492 Princess Ave, 1st Floor,
                 Camden, NJ 08103-2913
517339288      +Ditech Financial LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave., Suite 100,
                 Boca Raton, FL 33487-2853
517261873      +Eliseo Garcia,    488 Rand Street, Apt B,    Camden, NJ 08105-2742
517261872      +George Thomas,    1464 Princess Ave, 1st Floor,    Camden, NJ 08103-2913
517261871      +Georgio & Latesha Bennett,    486 Bramhall Ave, Apt 1B,    Jersey City, NJ 07304-2700
517261870      +Kenya Pettiford,    486 Bramhall Ave, Apt 3A,    Jersey City, NJ 07304-2700
517261869      +Keysha Brown,    1329 Princess Ave,    Camden, NJ 08103-2910
518744443      +LOANCARE, LLC,    Po Box 8068,    Virginia Beach VA 23450-8068
518744444      +LOANCARE, LLC,    Po Box 8068,    Virginia Beach VA 23450,    LOANCARE, LLC,    Po Box 8068,
                 Virginia Beach VA 23450-8068
517261868      +Latoya Sutton,    486 Bramhall Ave, Apt 2B,    Jersey City, NJ 07304-2700
517261867      +Mary & Charles Moore,    1464 Princess Ave, 2nd Floor,    Camden, NJ 08103-2913
517318886     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,     d/b/a Mr. Cooper,    PO Box 619096,
                 Dallas, Texas 75261-9741)
517261718      +Nationstar Mortgage LLC,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,
                 Coppell, TX 75019-4620
517276620      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,    Dallas, Texas 75261-9096
517261719       Nationstar Mortgage, LLC,    Po Box 916096,    Dallas, TX 75261-9741
518622239       NewRez LLC d/b/a Shellpoint Mortgage Servicing,     P.O. Box 10826,    Greenville, SC 29603-0826
518622240       NewRez LLC d/b/a Shellpoint Mortgage Servicing,     P.O. Box 10826,    Greenville, SC 29603-0826,
                 NewRez LLC d/b/a Shellpoint Mortgage Ser,    P.O. Box 10826,    Greenville, SC 29603-0826
517261721      +Phelan Hallinan & Diamond, PC,    400 Fellowship Road, Suite 100,    Mount Laurel, NJ 08054-3437
517261722      +Princeton Anesthesia Services,    1 Plainsboro Road,    Plainsboro, NJ 08536-1913
517261866      +Ralph Smalls,    486 Bramhall Ave, Apt 1A,    Jersey City, NJ 07304-2700
517261865      +Shawayna Jones,    1492 Princess Ave, 2nd Floor,    Camden, NJ 08103-2913
517261864      +Stephaine Ramos,    488 Rand Street, Apt A,    Camden, NJ 08105-2742

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 06 2020 23:23:43       U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 06 2020 23:23:40       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517261716      +E-mail/Text: bankruptcy.bnc@ditech.com Mar 06 2020 23:23:21       Ditech,   Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
517286413       E-mail/Text: bankruptcy.bnc@ditech.com Mar 06 2020 23:23:21
                 Ditech Financial LLC fka Green Tree Servicing LLC,     P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
517261717       E-mail/Text: bankruptcy.bnc@ditech.com Mar 06 2020 23:23:21       Green Tree Servicing LLC,
                 PO Box 6154,   Rapid City, SD 57709-6154
517261720      +E-mail/PDF: lossmitigation@nwfcu.org Mar 06 2020 23:39:26       Northwest Federal Cu,
                 200 Springs St,    Herndon, VA 20170-5241
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517339287       Ditech Financial LLC
lm*            +CitiMortgage, Inc.,    PO Box 688971,    Des Moines, IA 50368-8971
cr*            +DITECH FINANCIAL LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
517345216*      CitiMortgage, Inc.,    P.O. Box 6030,    Sioux Falls, SD 57117-6030
517296926*      Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Mar 06, 2020
                              Form ID: 185             Total Noticed: 37

517261713     ##+Bank Of America,   Nc4-102-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
                                                                       TOTALS: 1, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings     on behalf of Creditor    LoanCare, LLC ajennings@rasflaw.com
              Aleisha Candace Jennings     on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               ajennings@rasflaw.com
              Andrew L. Spivack     on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
              Denise E. Carlon     on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Julie   Cascino    on behalf of Creditor    Nationstar Mortgage LLC jcascino@grosspolowy.com,
               ecfnotices@grosspolowy.com
              Laura M. Egerman     on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman     on behalf of Creditor    DITECH FINANCIAL LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Lynn Therese Nolan     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               ecfnotices@grosspolowy.com, lnolan@grosspolowy.com
              Lynn Therese Nolan     on behalf of Creditor    Nationstar Mortgage LLC ecfnotices@grosspolowy.com,
               lnolan@grosspolowy.com
              Marguerite Mounier-Wells     on behalf of Joint Debtor Brenda   Small nadiafinancial@gmail.com,
               mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com
              Marguerite Mounier-Wells     on behalf of Debtor Terry L Small nadiafinancial@gmail.com,
               mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com
              Maria D. Ramos-Persaud     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               mramos-persaud@grosspolowy.com, ecfnotices@grosspolowy.com
              Nicholas   Fitzgerald    on behalf of Debtor Terry L Small Fitz2Law@gmail.com
              Nicholas   Fitzgerald    on behalf of Joint Debtor Brenda   Small Fitz2Law@gmail.com
              Rebecca Ann Solarz     on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Robert   Davidow    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
              Rosemarie   Diamond    on behalf of Loss Mitigation    CitiMortgage, Inc. miguel.zavala@fedphe.com
              Sindi   Mncina    on behalf of Creditor    LoanCare, LLC smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 20
```