UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
Terry L. Small & Brenda Small

Case No.: 18-10171
Chapter: 13
Judge: Michael J. Kaplan

## NOTICE OF PROPOSED PRIVATE SALE

Terry L. Small & Brenda Small, __the debtors__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of Court
United States Bankruptcy Court
402 East State Street
Trenton, NJ 08608-1507

If an objection is filed, a hearing will be held before the Honorable Michael J. Kaplan on September 1, 2020 at 9:00 a.m. at the United States Bankruptcy Court, courtroom no. 8, 402 East State Street, Trenton, NJ 08608. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:
486 Bramhall Avenue, Jersey City, NJ 07304

Proposed Purchaser:
Jersey City Capital, LLC, 344 Grove Street, # 134, Jersey City, NJ 07302

Sale price:
$790,000

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:
Amount to be paid:
Services rendered:

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Nicholas Fitzgerald of Fitzgerald & Associates, P.C.

Address: 649 Newark Avenue, Jersey City, NJ 07306

Telephone No.: (201) 533-1100

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:   Case No. 18-10171-MBK
Terry L Small   Chapter 13
Brenda Small
   Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 2   Date Rcvd: Jul 29, 2020
        Form ID: pdf905   Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2020.
```
db/jdb         +Terry L Small,    Brenda Small,    10 Margaret Drive,    Dayton, NJ 08810-1327
aty            +Nicholas Fitzgerald,    Fitzgerald and Associates,    649 Newark Avenue,
                 Jersey City, NJ 07306-2341
cr             +CITIMORTGAGE, INC.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
lm             +Cenlar,    PO Box 77404,    Ewing, NJ 08628-6404
cr             +LoanCare, LLC,    RAS Crane, LLC,    10700 Abbott'Bridge s Road,    Suite 170,
                 Duluth, GA 30097-8461
517261712      +1stprogress/1stequity/,    P.o. Box 84010,    Columbus, GA 31908-4010
517261715      #CitiMortgage, Inc,    Po Box 688971,    Des Moines, IA 50368-8971
517344282       Citimortgage, Inc.,    P O Box 6030,    Sioux Falls, SD 57117-6030
517261874      +Daisey Smith & Bridgette Smith-Ferdinand,    1492 Princess Ave, 1st Floor,
                 Camden, NJ 08103-2913
517261716      +Ditech,    Attn: Bankruptcy,    Po Box 6172,    Rapid City, SD 57709-6172
517339288      +Ditech Financial LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave., Suite 100,
                 Boca Raton, FL 33487-2853
517286413       Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
517261873      +Eliseo Garcia,    488 Rand Street, Apt B,    Camden, NJ 08105-2742
517261717     ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
               (address filed with court: Green Tree Servicing LLC,    PO Box 6154,
                 Rapid City, SD 57709-6154)
517261872      +George Thomas,    1464 Princess Ave, 1st Floor,    Camden, NJ 08103-2913
517261871      +Georgio & Latesha Bennett,    486 Bramhall Ave, Apt 1B,    Jersey City, NJ 07304-2700
517261870      +Kenya Pettiford,    486 Bramhall Ave, Apt 3A,    Jersey City, NJ 07304-2700
517261869      +Keysha Brown,    1329 Princess Ave,    Camden, NJ 08103-2910
518744443      +LOANCARE, LLC,    Po Box 8068,    Virginia Beach VA 23450-8068
518744444      +LOANCARE, LLC,    Po Box 8068,    Virginia Beach VA 23450,    LOANCARE, LLC,    Po Box 8068,
                 Virginia Beach VA 23450-8068
517261868      +Latoya Sutton,    486 Bramhall Ave, Apt 2B,    Jersey City, NJ 07304-2700
517261867      +Mary & Charles Moore,    1464 Princess Ave, 2nd Floor,    Camden, NJ 08103-2913
517318886     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    d/b/a Mr. Cooper,    PO Box 619096,
                 Dallas, Texas 75261-9741)
517261718      +Nationstar Mortgage LLC,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,
                 Coppell, TX 75019-4620
517276620      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,    Dallas, Texas 75261-9096
517261719       Nationstar Mortgage, LLC,    Po Box 916096,    Dallas, TX 75261-9741
518622239       NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC 29603-0826
518622240       NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC 29603-0826,
                 NewRez LLC d/b/a Shellpoint Mortgage Ser,    P.O. Box 10826,    Greenville, SC 29603-0826
517261721      +Phelan Hallinan & Diamond, PC,    400 Fellowship Road, Suite 100,    Mount Laurel, NJ 08054-3437
517261722      +Princeton Anesthesia Services,    1 Plainsboro Road,    Plainsboro, NJ 08536-1913
517261866      +Ralph Smalls,    486 Bramhall Ave, Apt 1A,    Jersey City, NJ 07304-2700
517261865      +Shawayna Jones,    1492 Princess Ave, 2nd Floor,    Camden, NJ 08103-2913
517261864      +Stephaine Ramos,    488 Rand Street, Apt A,    Camden, NJ 08105-2742
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 30 2020 00:43:44     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 30 2020 00:43:42     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517261714       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 30 2020 00:40:19
                 Chase Manhatton Mortgage,    3415 Vision Dr,    Columbus, OH 43219
517261720      +E-mail/PDF: lossmitigation@nwfcu.org Jul 30 2020 00:52:57     Northwest Federal Cu,
                 200 Springs St,    Herndon, VA 20170-5241
                                                                                              TOTAL: 4
```

    \*\*\*\*\* BYPASSED RECIPIENTS (undeliverable, * duplicate) \*\*\*\*\*
```
517339287        Ditech Financial LLC
lm*             +CitiMortgage, Inc.,    PO Box 688971,    Des Moines, IA 50368-8971
cr*             +DITECH FINANCIAL LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
517345216*       CitiMortgage, Inc.,    P.O. Box 6030,    Sioux Falls, SD  57117-6030
517296926*       Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Jul 29, 2020
                              Form ID: pdf905          Total Noticed: 37
```

517261713    ##+Bank Of America,   Nc4-102-03-14,   Po Box 26012,   Greensboro, NC 27420-6012

                                                                                    TOTALS: 1, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2020                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2020 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    LoanCare, LLC ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               ajennings@rasflaw.com
              Andrew L. Spivack    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Julie   Cascino    on behalf of Creditor    Nationstar Mortgage LLC jcascino@grosspolowy.com,
               ecfnotices@grosspolowy.com
              Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    DITECH FINANCIAL LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Lynn Therese Nolan    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               ecfnotices@grosspolowy.com,  lnolan@grosspolowy.com
              Lynn Therese Nolan    on behalf of Creditor    Nationstar Mortgage LLC ecfnotices@grosspolowy.com,
               lnolan@grosspolowy.com
              Marguerite  Mounier-Wells    on behalf of Joint Debtor Brenda  Small nadiafinancial@gmail.com,
               mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com
              Marguerite  Mounier-Wells    on behalf of Debtor Terry L Small nadiafinancial@gmail.com,
               mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com
              Maria D. Ramos-Persaud    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               mramos-persaud@grosspolowy.com,  ecfnotices@grosspolowy.com
              Nicholas  Fitzgerald    on behalf of Debtor Terry L Small Fitz2Law@gmail.com
              Nicholas  Fitzgerald    on behalf of Joint Debtor Brenda  Small Fitz2Law@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Robert  Davidow    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
              Rosemarie  Diamond    on behalf of Loss Mitigation    CitiMortgage, Inc. miguel.zavala@fedphe.com
              Sindi  Mncina    on behalf of Creditor    LoanCare, LLC smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                             TOTAL: 21