Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–10171–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Terry L Small
10 Margaret Drive
Dayton, NJ 08810

Brenda Small
10 Margaret Drive
Dayton, NJ 08810

Social Security No.:
  xxx–xx–9115                                                   xxx–xx–2081

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       8/26/20
Time:       02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Nicholas Fitzgerald, Debtor's Attorney,

COMMISSION OR FEES
fee: $4367.50,

EXPENSES
expenses: $132.60

If this is a chapter 13 case, the fees and expenses awarded:

☑  will not reduce the amount to be paid to general unsecured creditors under the plan.

☐  will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 31, 2020
JAN:

                                                     Jeanne Naughton
                                                     Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                              Case No. 18-10171-MBK
Terry L Small                                                       Chapter 13
Brenda Small
         Debtors                    CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                  Page 1 of 2              Date Rcvd: Jul 31, 2020
                              Form ID: 137                 Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2020.
db/jdb         +Terry L Small,    Brenda Small,   10 Margaret Drive,    Dayton, NJ 08810-1327
aty            +Nicholas Fitzgerald,    Fitzgerald and Associates,   649 Newark Avenue,
                 Jersey City, NJ 07306-2341
cr             +CITIMORTGAGE, INC.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
lm             +Cenlar,   PO Box 77404,    Ewing, NJ 08628-6404
cr             +LoanCare, LLC,    RAS Crane, LLC,   10700 Abbott'Bridge s Road,    Suite 170,
                 Duluth, GA 30097-8461
517261712      +1stprogress/1stequity/,    P.o. Box 84010,   Columbus, GA 31908-4010
517261715      #CitiMortgage, Inc,    Po Box 688971,   Des Moines, IA 50368-8971
517344282       Citimortgage, Inc.,    P O Box 6030,   Sioux Falls, SD 57117-6030
517261874      +Daisey Smith & Bridgette Smith-Ferdinand,    1492 Princess Ave, 1st Floor,
                 Camden, NJ 08103-2913
517261716      +Ditech,   Attn: Bankruptcy,   Po Box 6172,   Rapid City, SD 57709-6172
517339288      +Ditech Financial LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave., Suite 100,
                 Boca Raton, FL 33487-2853
517286413       Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
517261873      +Eliseo Garcia,    488 Rand Street, Apt B,   Camden, NJ 08105-2742
517261717     ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
               (address filed with court: Green Tree Servicing LLC,    PO Box 6154,
                 Rapid City, SD 57709-6154)
517261872      +George Thomas,    1464 Princess Ave, 1st Floor,   Camden, NJ 08103-2913
517261871      +Georgio & Latesha Bennett,    486 Bramhall Ave, Apt 1B,   Jersey City, NJ 07304-2700
517261870      +Kenya Pettiford,    486 Bramhall Ave, Apt 3A,   Jersey City, NJ 07304-2700
517261869      +Keysha Brown,    1329 Princess Ave,   Camden, NJ 08103-2910
518744443      +LOANCARE, LLC,    Po Box 8068,   Virginia Beach VA 23450-8068
518744444      +LOANCARE, LLC,    Po Box 8068,   Virginia Beach VA 23450-8068,   LOANCARE, LLC,    Po Box 8068,
                 Virginia Beach VA 23450-8068
517261868      +Latoya Sutton,    486 Bramhall Ave, Apt 2B,   Jersey City, NJ 07304-2700
517261867      +Mary & Charles Moore,    1464 Princess Ave, 2nd Floor,   Camden, NJ 08103-2913
517318886     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    d/b/a Mr. Cooper,    PO Box 619096,
                 Dallas, Texas 75261-9741)
517261718      +Nationstar Mortgage LLC,    Attn: Bankruptcy,   8950 Cypress Waters Blvd,
                 Coppell, TX 75019-4620
517276620      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,   Dallas, Texas 75261-9096
517261719       Nationstar Mortgage, LLC,    Po Box 916096,   Dallas, TX 75261-9741
518622239       NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC 29603-0826
518622240       NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC 29603-0826,
                 NewRez LLC d/b/a Shellpoint Mortgage Ser,    P.O. Box 10826,   Greenville, SC 29603-0826
517261721      +Phelan Hallinan & Diamond, PC,    400 Fellowship Road, Suite 100,    Mount Laurel, NJ 08054-3437
517261722      +Princeton Anesthesia Services,    1 Plainsboro Road,   Plainsboro, NJ 08536-1913
517261866      +Ralph Smalls,    486 Bramhall Ave, Apt 1A,   Jersey City, NJ 07304-2700
517261865      +Shawayna Jones,    1492 Princess Ave, 2nd Floor,   Camden, NJ 08103-2913
517261864      +Stephaine Ramos,    488 Rand Street, Apt A,   Camden, NJ 08105-2742

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 31 2020 23:47:25     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 31 2020 23:47:21     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517261714       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 31 2020 23:54:49
                 Chase Manhatton Mortgage,    3415 Vision Dr,   Columbus, OH 43219
517261720      +E-mail/PDF: lossmitigation@nwfcu.org Jul 31 2020 23:53:55     Northwest Federal Cu,
                 200 Springs St,   Herndon, VA 20170-5241
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517339287       Ditech Financial LLC
lm*            +CitiMortgage, Inc.,    PO Box 688971,   Des Moines, IA 50368-8971
cr*            +DITECH FINANCIAL LLC,    Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
517345216*      CitiMortgage, Inc.,    P.O. Box 6030,   Sioux Falls, SD 57117-6030
517296926*      Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
517261713     ##+Bank Of America,    Nc4-102-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
                                                                                   TOTALS: 1, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Jul 31, 2020
                               Form ID: 137             Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2020                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2020 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    LoanCare, LLC ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               ajennings@rasflaw.com
              Andrew L. Spivack    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Julie Cascino    on behalf of Creditor    Nationstar Mortgage LLC jcascino@grosspolowy.com,
               ecfnotices@grosspolowy.com
              Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    DITECH FINANCIAL LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Lynn Therese Nolan    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               ecfnotices@grosspolowy.com,   lnolan@grosspolowy.com
              Lynn Therese Nolan    on behalf of Creditor    Nationstar Mortgage LLC ecfnotices@grosspolowy.com,
               lnolan@grosspolowy.com
              Marguerite  Mounier-Wells    on behalf of Joint Debtor Brenda   Small nadiafinancial@gmail.com,
               mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com
              Marguerite  Mounier-Wells    on behalf of Debtor Terry L Small nadiafinancial@gmail.com,
               mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com
              Maria D. Ramos-Persaud    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               mramos-persaud@grosspolowy.com,   ecfnotices@grosspolowy.com
              Nicholas  Fitzgerald    on behalf of Debtor Terry L Small Fitz2Law@gmail.com
              Nicholas  Fitzgerald    on behalf of Joint Debtor Brenda   Small Fitz2Law@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Robert  Davidow    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
              Rosemarie  Diamond    on behalf of Loss Mitigation    CitiMortgage, Inc. miguel.zavala@fedphe.com
              Sindi  Mncina    on behalf of Creditor    LoanCare, LLC smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 21
```