James Fitzpatrick, Esq. (JF 7028)
Fitzgerald & Associates
649 Newark Avenue
Jersey City, NJ 07306
(201)533-1100
Attorney for Debtor

**Order Filed on August 15, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

United States Bankruptcy Court
District of New Jersey – Newark
----------------------------------
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY -- NEWARK
-------------------------------xx
In Re:

                       Chapter 13

Terry L. Small a/k/a Terry Lamar   Case No.: 18-10171
Small and Brenda Small

                       Hearing Date: 04/28/20

                       Hon. Michael B. Kaplan

     Debtor.

-------------------------------xx

### CONSENT ORDER RESOLVING TERMS FOR PROPOSED SALE

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: August 15, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page 2**

| | |
|---|---|
| Debtors: | Terry L. Small a/k/a Terry Lamar Small and Brenda Small |
| Ch.13 Case No. | 18-10171-MBK |
| Caption: | CONSENT ORDER RESOLVING TERMS FOR PROPOSED SALE |

------------------------------------------------------------

This Consent Order pertains to the property located at 486 Bramhall Avenue, Jersey City, New Jersey 07304, mortgage account ending in "3468;

THIS MATTER having been brought before the court by Nicholas Fitzgerald, Esq., attorney for debtors, TERRY L. SMALL and BRENDA SMALL upon the filing of a Chapter 13 Plan, and Citimortgage, Inc., by and through its attorneys, Phelan Hallinan Diamond & Jones, PC, having filed an Objection to the Confirmation of the Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for good cause show:

IT IS HEREBY

**ORDERED** that the Debtors are to cure all post-petition arrears to the Secured Creditor from the proceeds of the sale of the subject property; and it is further

**ORDERED** that the Debtors will complete the sale of the property no later than March 30, 2021.  The sale is subject to a valid payoff that will pay Secured Creditor in full and will be requested at the time of closing; and it is further

**ORDERED** that the Debtors shall forward to the trustee any net proceeds from the sale of the subject property deemed necessary to pay all unsecured claims in full; and it is further

**ORDERED** that the Debtors are responsible for all costs and taxes associated with the property pending the sale; and it is further

**ORDERED** that the Debtors will resume making regular mortgage payments through the trustee and the trustee is hereby authorized to make payments to the Secured Creditor from the funds received from the Debtors; and it is further

**ORDERED** that should the Debtors fail to make any of the above captioned payments, or if any regular monthly mortgage payment commencing after the cure of the post-petition delinquency is more than ten (10) days late, counsel may file a Certification of Default with the Court upon notice to the Chapter 13 Trustee and Debtors' counsel.  If the Debtors fail to cure the default within five (5) days thereafter, the Court may enter an order granting relief from the automatic stay; and it is further

**ORDERED** that in the event that the sale of the property is not completed by March 30, 2021, Secured Creditor can certify to default and apply to the court for relief from the automatic stay; and it is further

**ORDERED** that this Order shall be incorporated into and become part of any Order Confirming Plan in the herein matter.

I hereby consent to the entry of this Order.

/s/ James J. Fitzpatrick          July 30, 2020
James J. Fitzpatrick, Esq.              Date


/s/ Robert J. Davidow            July 30, 2020
Robert J. Davidow, Esq.                Date

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-10171-MBK
Terry L Small                                                       Chapter 13
Brenda Small
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Aug 17, 2020
                             Form ID: pdf903       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2020.
db/jdb      +Terry L Small,    Brenda Small,    10 Margaret Drive,    Dayton, NJ 08810-1327
aty         +Nicholas Fitzgerald,    Fitzgerald and Associates,    649 Newark Avenue,
             Jersey City, NJ 07306-2341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center on
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2020                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2020 at the address(es) listed below:
          Albert  Russo  docs@russotrustee.com
          Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Aleisha Candace Jennings   on behalf of Creditor    LoanCare, LLC ajennings@rasflaw.com
          Aleisha Candace Jennings   on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
           ajennings@rasflaw.com
          Andrew L. Spivack   on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
          Denise E. Carlon   on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          James J. Fitzpatrick   on behalf of Debtor Terry L Small nickfitz.law@gmail.com,
           nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com
          James J. Fitzpatrick   on behalf of Joint Debtor Brenda  Small nickfitz.law@gmail.com,
           nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com
          Julie  Cascino   on behalf of Creditor    Nationstar Mortgage LLC jcascino@grosspolowy.com,
           ecfnotices@grosspolowy.com
          Laura M. Egerman   on behalf of Creditor    DITECH FINANCIAL LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Laura M. Egerman   on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Lynn Therese Nolan   on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           ecfnotices@grosspolowy.com,  lnolan@grosspolowy.com
          Lynn Therese Nolan   on behalf of Creditor    Nationstar Mortgage LLC ecfnotices@grosspolowy.com,
           lnolan@grosspolowy.com
          Marguerite  Mounier-Wells   on behalf of Debtor Terry L Small nadiafinancial@gmail.com,
           mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com
          Marguerite  Mounier-Wells   on behalf of Joint Debtor Brenda  Small nadiafinancial@gmail.com,
           mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com
          Maria D. Ramos-Persaud   on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           mramos-persaud@grosspolowy.com,  ecfnotices@grosspolowy.com
          Nicholas  Fitzgerald   on behalf of Debtor Terry L Small Fitz2Law@gmail.com
          Nicholas  Fitzgerald   on behalf of Joint Debtor Brenda  Small Fitz2Law@gmail.com
          Rebecca Ann Solarz   on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
          Robert  Davidow   on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
          Rosemarie  Diamond   on behalf of Loss Mitigation    CitiMortgage, Inc. miguel.zavala@fedphe.com
          Sindi  Mncina   on behalf of Creditor    LoanCare, LLC smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 23