UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                          :        Case no.: _____18-10171_____
                                                :
Terry L Small                                   :        Chapter: _____13_____
Brenda Small                                    :
                                                :        Judge: _____Kaplan_____
                            Debtor(s)           :
_____:

## CERTIFICATION OF NO OBJECTION

I _____Gary A. Nau_____, Deputy Clerk hereby certify that there have been no

objections filed relative to the Notice of Proposed:

☐        Abandonment

☐        Public Sale

☒        Private Sale

☐        Settlement of Controversy

☐        Auctioneer Compensation

Description of Property (if applicable):
 486 Bramhall Avenue, Jersey City, NJ 07304

JEANNE A. NAUGHTON, Clerk

Date: _8/26/2020_____        By: _Gary A. Nau_____

*rev.2/10/17*