UNITED STATES BANKRUPTCY COURT
District of New Jersey

Albert Russo
CN 4853
Trenton, NJ   08650
(609) 587-6888
Standing Chapter 13 Trustee

Order Filed on September 1, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Terry L Small
Brenda Small

Debtor(s)

Case No.: 18-10171 / MBK

Hearing Date: 09/01/2020

Judge: Michael B. Kaplan

Chapter: 13

# ORDER REGARDING CHAPTER 13 STANDING
# TRUSTEE'S MOTION TO DISMISS OR
# CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: September 1, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- Trustee shall pay conduit payments to Citimortgage in the amount of $1,866.43.  Debtor will be responsible for all other taxes, fees and costs associated with the property pending sale.

- If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.

United States Bankruptcy Court
District of New Jersey

In re:  
Terry L Small  
Brenda Small  
    Debtors

Case No. 18-10171-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin                Page 1 of 1              Date Rcvd: Sep 02, 2020
                            Form ID: pdf903            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2020.
db/jdb         +Terry L Small,   Brenda Small,   10 Margaret Drive,   Dayton, NJ 08810-1327
aty            +Nicholas Fitzgerald,   Fitzgerald and Associates,   649 Newark Avenue,
                 Jersey City, NJ 07306-2341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2020 at the address(es) listed below:
      Albert Russo    docs@russotrustee.com
      Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
      Aleisha Candace Jennings    on behalf of Creditor   LoanCare, LLC ajennings@rasflaw.com
      Aleisha Candace Jennings    on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing ajennings@rasflaw.com
      Andrew L. Spivack    on behalf of Creditor   CITIMORTGAGE, INC. nj.bkecf@fedphe.com
      Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      James J. Fitzpatrick    on behalf of Debtor Terry L Small nickfitz.law@gmail.com, nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com
      James J. Fitzpatrick    on behalf of Joint Debtor Brenda Small nickfitz.law@gmail.com, nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com
      Julie Cascino    on behalf of Creditor   Nationstar Mortgage LLC jcascino@grosspolowy.com, ecfnotices@grosspolowy.com
      Laura M. Egerman    on behalf of Creditor   DITECH FINANCIAL LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
      Laura M. Egerman    on behalf of Creditor   Ditech Financial LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
      Lynn Therese Nolan    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper ecfnotices@grosspolowy.com, lnolan@grosspolowy.com
      Lynn Therese Nolan    on behalf of Creditor   Nationstar Mortgage LLC ecfnotices@grosspolowy.com, lnolan@grosspolowy.com
      Marguerite Mounier-Wells    on behalf of Debtor Terry L Small nadiafinancial@gmail.com, mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com
      Marguerite Mounier-Wells    on behalf of Joint Debtor Brenda Small nadiafinancial@gmail.com, mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com
      Maria D. Ramos-Persaud    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper mramos-persaud@grosspolowy.com, ecfnotices@grosspolowy.com
      Nicholas Fitzgerald    on behalf of Debtor Terry L Small Fitz2Law@gmail.com
      Nicholas Fitzgerald    on behalf of Joint Debtor Brenda Small Fitz2Law@gmail.com
      Rebecca Ann Solarz    on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
      Robert Davidow    on behalf of Creditor   CITIMORTGAGE, INC. nj.bkecf@fedphe.com
      Rosemarie Diamond    on behalf of Loss Mitigation CitiMortgage, Inc. miguel.zavala@fedphe.com
      Sindi Mncina    on behalf of Creditor   LoanCare, LLC smncina@rascrane.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                TOTAL: 23