UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Fitzgerald & Associates, P.C.
 By: Nicholas Fitzgerald
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
nickfitz.law@gmail.com
Counsel for Debtors

Order Filed on September 15, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Terry L. Small & Brenda Small,

Debtors

Case No.:   18-10171-MBK

Chapter:    13

Judge:      M. B. Kaplan

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 15, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that ___Nicholas Fitzgeald of Fitzgerald & Assoc. P.C.___, the applicant, is allowed a fee of $ ___4,367.50___ for services rendered and expenses in the amount of $ ___$132.60___ for a total of $ ___4,5,00.10___ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

2