UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Fitzgerald & Associates, P.C.
  By: Nicholas Fitzgerald
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
nickfitz.law@gmail.com
Counsel for Debtors

Order Filed on September 15, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Terry L. Small & Brenda Small,

Debtors

Case No.: 18-10171-MBK

Chapter: 13

Judge: M. B. Kaplan

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: September 15, 2020

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that ___Nicholas Fitzgeald of Fitzgerald & Assoc. P.C.___, the applicant, is allowed a fee of $ ___4,367.50___ for services rendered and expenses in the amount of $ ___$132.60___ for a total of $___4,5,00.10___. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Terry L Small  
Brenda Small  
    Debtors

Case No. 18-10171-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin               Page 1 of 1              Date Rcvd: Sep 15, 2020
                            Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2020.
db/jdb         +Terry L Small,   Brenda Small,   10 Margaret Drive,   Dayton, NJ 08810-1327
aty            +Nicholas Fitzgerald,   Fitzgerald and Associates,   649 Newark Avenue,
                 Jersey City, NJ 07306-2341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    LoanCare, LLC ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               ajennings@rasflaw.com
              Andrew L. Spivack    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              James J. Fitzpatrick    on behalf of Debtor Terry L Small nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com
              James J. Fitzpatrick    on behalf of Joint Debtor Brenda  Small nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com
              Julie  Cascino    on behalf of Creditor    Nationstar Mortgage LLC jcascino@grosspolowy.com,
               ecfnotices@grosspolowy.com
              Laura M. Egerman    on behalf of Creditor     DITECH FINANCIAL LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor     Ditech Financial LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Lynn Therese Nolan    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               ecfnotices@grosspolowy.com,  lnolan@grosspolowy.com
              Lynn Therese Nolan    on behalf of Creditor    Nationstar Mortgage LLC ecfnotices@grosspolowy.com,
               lnolan@grosspolowy.com
              Marguerite  Mounier-Wells    on behalf of Debtor Terry L Small nadiafinancial@gmail.com,
               mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com
              Marguerite  Mounier-Wells    on behalf of Joint Debtor Brenda  Small nadiafinancial@gmail.com,
               mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com
              Maria D. Ramos-Persaud    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               mramos-persaud@grosspolowy.com,  ecfnotices@grosspolowy.com
              Nicholas  Fitzgerald    on behalf of Debtor Terry L Small Fitz2Law@gmail.com
              Nicholas  Fitzgerald    on behalf of Joint Debtor Brenda  Small Fitz2Law@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Robert  Davidow    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
              Rosemarie  Diamond    on behalf of Loss Mitigation    CitiMortgage, Inc. miguel.zavala@fedphe.com
              Sindi  Mncina    on behalf of Creditor    LoanCare, LLC smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 23